# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**COURTNEY CORTEZ POLLARD**                                                              **PETITIONER**
**ADC #124010**

V.                              No. 4:25-cv-00171-JM-ERE

**DEXTER PAYNE, Director ADC**                                                           **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R, Ervin and Petitioner's objections (Doc. 20) and amended objections (Doc. 24). After conducting a *de novo* review of the record, the Court adopts the RD in all respects. The petition is DISMISSED with prejudice as time barred and a certificate of appealability will not issue. Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE