IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COURTNEY CORTEZ POLLARD**                                                    **PETITIONER**
**ADC #124010**

V.                              No. 4:25-cv-00171-JM-ERE

**DEXTER PAYNE, Director ADC**                                                 **RESPONDENT**

## JUDGMENT

Consistent with today's order, Petitioner's § 2254 petition is dismissed with prejudice, all habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE